**Electronically Filed**
**Supreme Court**
**SCWC-16-0000812**
**20-APR-2021**
**03:33 PM**
**Dkt. 9 OGAC**

SCWC-16-0000812

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

ASSOCIATION OF OWNERS OF KALELE KAI,
Respondent/Plaintiff-Appellee,

vs.

HITOSHI YOSHIKAWA,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000812, CIVIL NO. 15-1-0102-01)

<u>ORDER GRANTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins
JJ.)

Petitioner/Defendant-Appellant Hitoshi Yoshikawa's
application for writ of certiorari filed on March 9, 2021, is
hereby accepted and will be scheduled for oral argument.  The
parties will be notified by the appellate clerk regarding
scheduling.

DATED: Honolulu, Hawaiʻi, April 20, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

